■

CALIFORNIA STATE TEACHERS' RE-TIREMENT SYSTEM, New York City Employees' Retirement System, New York City Police Pension Fund, Police Officers' Variable Supplements Fund, Police Supervisor Officers' Variable Supplements Fund, New York City Fire Department Pension Fund, Fire Fighters' Variable Supplements Fund, Fire Officers' Variable Supplements Fund, Board of Education Retirement System of the City of New York, Teachers' Retirement System of the City of New York, New York City Teachers' Variable Annuity Program, and Indiana Electrical Workers Pension Trust Fund IBEW, Plaintiffs Below, Appellants,

v.

Aida M. ALVAREZ, James I. Cash, Jr., Roger C. Corbett, Douglas N. Daft, Michael T. Duke, Gregory B. Penner, Steven S. Reinemund, Jim C. Walton, S. Robson Walton, Linda S. Wolf, H. Lee Scott, Jr., Christopher J. Williams, James W. Breyer, M. Michele Burns, David D. Glass, Roland A. Hernandez, John D. Opie, J. Paul Reason, Arne M. Sorenson, Jose H. Villarreal, Jose Luis Rodriguezmacedo Rivera, Eduardo Castro–Wright, Thomas A. Hyde, Thomas A. Mars, John B. Menzer, Eduardo F. Solorzano Morales, and Lee Stucky, Defendants Below, Appellees,

Wal–Mart Stores, Inc., Nominal Defendant Below, Appellee.

No. 295, 2016

Supreme Court of Delaware.

Submitted: December 14, 2016
Decided: January 18, 2017

Court Below: Court of Chancery of the State of Delaware, C.A. No. 7455–CB

REMANDED.

■

Jeffrey A. CLOUSER, Plaintiff Below, Appellant,

v.

Kim DOHERTY, Wayne a Barton, Lillian Lowery, Mark Holodick, Patrick Bush, James Scanlon, Brandywine School District, Delaware Department of Education, Current and Former Members of the Brandywine School Distrct Board of Education: Debra Heffernan, Olivia Johnson–Harris, Mark Huxsoll, Patricia Hearn, Cheryl Siskin, Ralph Ackerman Joseph Brum Skill, and Dane Brandenberger, Defendants Below, Appellees.

No. 57, 2017

Supreme Court of Delaware.

Submitted: June 9, 2017

Decided: September 7, 2017

Amended: September 8, 2017

Court Below—Superior Court of the State of Delaware, C.A. No. N15C–07–240

AFFIRMED. REVERSED. REMANDED.